UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

DAVE ALICEA,

        Plaintiff,

-against-

THE CITY OF NEW YORK, ET AL.,

        Defendants.

---------------------------------------------------X

Case No. 1:16-cv-07347-LAP

[~~PROPOSED~~] ORDER

Upon the motion of Plaintiff, Dave Alicea, to expand the scope of the limited *pro bono* counsel representation by Ropes & Gray LLP to include representation of Plaintiff at trial in this action:

**IT IS HEREBY ORDERED** that the motion is GRANTED, and that Ropes & Gray LLP's representation of Plaintiff shall be expanded to include representation of Plaintiff at trial in this action.

Dated: March 15, 2021
New York, New York

SO ORDERED

*/s/ Loretta A. Preska*
Hon. Loretta A. Preska
United States District Judge