UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID ALICEA,<br><br>                    Plaintiff,<br><br>-against-<br><br>THE CITY OF NEW YORK, et al.,<br><br>                    Defendants. | No. 16-CV-7347 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    On July 2, 2020, the Court referred this case to Magistrate Judge Kevin Nathaniel Fox for settlement.  (See dkt. no. 106.) Judge Fox held a settlement conference on September 22, 2020, but no settlement was achieved.  Accordingly, the parties shall confer and inform the Court by letter no later than September 15, 2021 of the status of the action/remaining claims/defendants.

**SO ORDERED.**

Dated:    September 8, 2021
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge