

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

JOSHUA KAUFMAN
*Assistant Corporation Counsel*
jokaufma@law.nyc.gov
Phone: (212) 356-3521
Fax: (212) 356-1148

April 8, 2022

**By ECF**
Honorable Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Dave Alicea v. City of New York, et al.*, 16 Civ. 7347 (LAP)

Your Honor:

I am an Assistant Corporation Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York and the attorney assigned to represent the defendants in the above-referenced action. In that capacity, I write to respectfully request an extension of time of sixty (60) days from April 11, 2022 to June 10, 2022 to submit the joint pre-trial order currently due on April 11, 2022, for the reasons discussed more fully below. Plaintiff's counsel, Natasa Siveski consents to this request.

The undersigned requests an enlargement of time because the undersigned is still in the process of familiarizing myself with the facts in this case, as well as the voluminous number of exhibits in this case. *See* Docket Entry Numbers 91 and 95. The parties conferred via telephone on April 7, 2022 and plaintiff's counsel consents to this request.

Accordingly, defendants respectfully request that the Court extend the time to file the joint pre-trial order

Thank you for your consideration herein.

*So ordered.*
*Loretta A. Preska*
4/8/22

Respectfully submitted,

*Joshua Kaufman*
Joshua Kaufman
*Assistant Corporation Counsel*
Special Federal Litigation Division

CC: All Counsels of Record