

ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM

Adam M. Harris
T +1 212 596 9851
adam.harris@ropesgray.com

June 8, 2022

**BY ECF**

The Honorable Loretta A. Preska
United States District Court for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2220
New York, NY 10007

**Re:**  *Alicea v. City of New York, et al.*, **No. 16-cv-07347-LAP:** Request for Enlargement of Time to File Joint Pre-Trial Order

Dear Judge Preska:

    We are *pro bono* counsel for Plaintiff in the above-captioned action, Dave Alicea, who is incarcerated at Otisville Correctional Facility, and write with the consent of the Defendants. On September 24, 2021, at the request of the parties, Your Honor set a deadline of November 23, 2021 for the filing of the joint pretrial order in this action. The parties have previously requested adjournments of this deadline on three occasions, all of which Your Honor granted, including on April 8, 2022, when Your Honor granted an extension of the filing deadline to June 10, 2022. *See* Docket Numbers 122, 123.

    Counsel for Defendants has advised us that they require additional time on which to complete the joint pretrial order. Accordingly, the parties respectfully request a further extension of the deadline to file the joint pretrial order to August 26, 2022. However, to avoid further delay, and to ensure that this case continues to move forward, with the consent of the Defendants, we further request that the Court enter the proposed schedule for completing the joint pretrial order:

    **July 8, 2022** – Defendants' counsel shall provide comments, if any, on the joint fact section and the joint exhibits of the joint pretrial order and shall provide the Defendant's proposed fact section of the joint pretrial order.

    **July 29, 2022** – Plaintiff's counsel shall provide comments, if any, on the joint fact section and joint exhibits of the joint pretrial order.

ROPES & GRAY LLP

- 2 -

**August 12, 2022** – The parties shall meet and confer by this date to discuss any open issues regarding the joint fact section and joint exhibits of the joint pretrial order.

**August 26, 2022** – Deadline to file joint pretrial order.

The parties respectfully request that the Court enter the schedule set forth above.

We are available at the Court's convenience should the Court have any questions.

Respectfully submitted,

*/s Adam M. Harris*
Adam M. Harris

cc:   Counsel for Defendants (By ECF)

**SO ORDERED.**
Dated:      June 9, 2022
            New York, New York

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge