**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DAVE ALICEA,

                Plaintiff,
    -against-                                         16 **CIVIL** 7347 (JLR)

                                                          **JUDGMENT**

THE CITY OF NEW YORK, et al.,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 30, 2023, Defendants' motion is GRANTED and the Amended Complaint is DISMISSED.; accordingly, the case is closed.

**Dated:**  New York, New York

      May 30, 2023

                                                        **RUBY J. KRAJICK**

                                                             Clerk of Court

                          **BY:**

                                                              **Deputy Clerk**